UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2008 MAY -7  P 4: 11
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. SA08CR301 RF |
| Plaintiff, | INDICTMENT |
| VS. | 18 USC § 2251(a) |
| | Production of Child Pornography |
| | 18 USC § 2252(a)(4)(B) |
| STEVEN LYNN MOUTON, | Possession of Child Pornography |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. § 2251(a)]

In or about August, 2007, through October, 2007, within the Western District of Texas, the Defendant,

**STEVEN LYNN MOUTON,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor, CV1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 2251(a).

### COUNT TWO
[18 U.S.C. § 2252(a)(4)(B)]

On or about October 18, 2007, within the Western District of Texas, the Defendant,

**STEVEN LYNN MOUTON,**

did knowingly possess a computer which contains visual depictions that have been produced using

materials which have been mailed, shipped and transported in interstate and foreign commerce and where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct,

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## NOTICE OF UNITED STATE'S DEMAND FOR FORFEITURE
[Title 18 U.S.C. §§ 2251(a), 2252(a)(4)(B) and 2253]

### I.
### Child Pornography Forfeiture Statutes and Violations
[Title 18 U.S.C. §§ 2251(a), 2252(a)(4)(B)]

As a result of the foregoing criminal violations as set forth in Counts One (1) and Two (2), which are punishable by imprisonment for more than one year, **DEFENDANT STEVEN LYNN MOUTON** shall forfeit to the United States pursuant to Title 18 United States Code § 2253:

**Title 18 U.S.C. § 2253**
**(a) Property subject to forfeiture** - - A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2252 . . . shall forfeit to the United States such person's interest in -

> (1) any visual depiction containing child pornography described in section ...2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, including by computer;

> (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

> (3) any and all property, real or personal, used or intended to be used to commit or to promote the commission of such offense, or any property traceable to such property.

All in violation of Title 18 U.S.C.§§ 2251(a) and 2252(a)(4)(B), and subject to forfeiture pursuant to Title 18 U.S.C. § 2253.

This Notice of Demand for Forfeiture includes, but is not limited to, the property described below in paragraph II.

## II.
## Real Property

**All right, title and interest of DEFENDANT STEVEN LYNN MOUTON in the following real property is subject to forfeiture to the United States of America:**

Real property located and situated at **18 Crystal Circle, Boerne, Kendall County, Texas,** including any and all buildings, appurtenances and improvements thereon and any and all surface rights, title and interests, if any.

A ~~TRUE BILL~~

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _/s/ Tracy Braun_____
TRACY BRAUN
Assistant United States Attorney

3