**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | SA-08-CR-301-RF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Steven Lynn Mouton | Original and 1 Copy - Notice of Lis Pendens |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Kendall County Clerk's Office

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

**FILED**
**MAY 2 2 2008**
**CLERK, U.S. DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**BY _____ DEPUTY CLERK**

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Mary Nelda G. Valadez, AUSA
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Record and return one recorded, file stamped copy to AUSA Mary Nelda G. Valadez

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 210-384-7040
DATE: 5/8/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 22 | District to Serve No. 22 | Signature of Authorized USMS Deputy or Clerk | Date 5-9-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):
Harriet Seidensticker, Deputy County Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5-13-08
Time: 2:05 pm

Signature of U.S. Marshal or Deputy: Robert [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | $32.11 | | $77.11 | | | |

REMARKS: Doc. # 00232058, Vol. 1120, Pg 478
Kendall County Clerk's
Receipt # 110748

PRIOR EDITIONS MAY BE USED

Make (5) copies when form is signed.
SEND ORIGINAL + 4 COPIES to USMS. Copy #5 for your file.

FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Acknowledgment of Receipt  4. Billing Statement  5. Notice of Service

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * CRIMINAL NO. SA-08-CR-301-RF |
| STEVEN LYNN MOUTON, | * |
| Defendant. | * |

### NOTICE OF LIS PENDENS

PLEASE TAKE NOTICE, that a criminal action is now pending in the United States District Court for the Western District of Texas, San Antonio Division, against Defendant Steven Lynn Mouton. In the Indictment returned against the herein named Defendant, the United States of America gave notice of property subject to forfeiture, against the right, title and interest of Defendant Steven Lynn Mouton in certain real property described more fully described as follows:

> Real property located and situated at **18 Crystal Circle, Boerne, Kendall County, Texas**, more fully described as Lot 21, Acres 4.24, Ammann Ranch Estates, including any and all buildings, appurtenances and improvements thereon and any and all surface rights, title and interests, if any.

Pursuant Rule 32.2, Fed.R.Crim.P. Title 18 U.S.C.§§ 2253, the United States of America hereby gives notice that any and all property which was used, or intended to be used, in any manner or part, to commit or to facilitate the commission of violations of Title 18 U.S.C.§§ 2251(a) and 2252(a)(4)(B), and/or any and all property constituting and derived from any proceeds obtained directly or indirectly as the result of such violations, or traceable to such violations, as alleged in the Indictment, including the real property aforementioned, is subject to forfeiture to the United States of America.

Take notice that pursuant to Title 21 U.S.C. § 853(c), made applicable via Title 18 U.S.C.

§ 982(b)(1), any and all right, title, and interest in the subject real property with any and all buildings, appurtenances and improvements thereon vests in the United States of America at the time of the commission of the unlawful acts giving rise to forfeiture.

For further information concerning this action, reference may be made to the records of the Clerk of the Court, United States District Court for the Western District of Texas, San Antonio Division.

Dated this 8th day of May, 2008.

>                                  Respectfully submitted,
>
>                                  JOHNNY SUTTON
>                                  United States Attorney
>
>                          By:     /s/ Mary Nelda G. Valadez
>                                  Mary Nelda G. Valadez
>                                  Assistant United States Attorney
>                                  601 N.W. Loop 410, Suite 600
>                                  San Antonio, Texas 78216
>                                  (210) 384-7040
>                                  Fax: (210) 384-7045
>                                  Texas Bar No. 20421844

STATE OF TEXAS )
)
COUNTY OF BEXAR )

The foregoing Notice of Lis Pendens was acknowledged before me this 8th day of May, 2008, by Mary Nelda G. Valadez, Assistant United States Attorney.



Notary Public in and for the State of Texas

**After recording, mail recorded copy to:**

Mary Nelda G. Valadez
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

00232058 Vol 1120 Pg 478

*[signature]*
Filed for Record in:

Kendall County
Darlene Herrin
County Clerk

On: May 13, 2008 at 02:05P

Document Number:   00232058
Total Fees    :      19.00

Receipt Number - 110718
By Deputy: Harriet Seidensticker

This Document has been received by this Office for Recording into the Official Public Records. We do hereby swear that we do not discriminate due to Race, Creed, Color, Sex or National Origin.

```
Official Receipt for Recording in:

        Kendall County Clerk
        201 E San Antonio
        Boerne, Texas 78006

Issued To:
        DIANE YOUNG
        655 EAST DURANGO #235

        SAN ANTONIO TX 78206

                Recording Fees

Document                              Recording
Description   Number  Volm  Page       Amount

Recording    00232058 01120 00475       19.00
LP
                                        ─────
                                        19.00

             Collected Amounts

Payment                               Amount
Type
                    266640              19.00
Check                                   ─────
                                        19.00


                Total Received  :      19.00
          Less Total Recordings:       19.00
                                        ─────
              Change Due        :         .00


                    Thank You
        DARLENE HERRIN - County Clerk

           By - Harriet Seidensticker

        Receipt#    Date       Time
        0110718  05/13/2008  02:05p
```