IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 6 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. SA-08-CR-0301-XR |
| | ) | |
| (01) STEVEN LYNN MOUTON | ) | |

## RECEIPT FOR GOVERNMENT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits introduced at the jury trial proceedings. These exhibits will be retained until the final disposition of the case.

**SEE ATTACHED LIST**

10/6/09
(Date)

_____
Attorney for Government

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. SA-08-CR-301-XR |
| (01) STEVEN LYNN MOUTON | § | |

## GOVERNMENT'S TRIAL EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| 1 | Photo | October 5, 2009 |
| 2 | Acer laptop | October 5, 2009 |
| 3 | Acer laptop images | October 5, 2009 |
| 4 | Dell Desktop | October 5, 2009 |
| 5 | Forensic Report of Michael Stark | October 5, 2009 |
| 6 | Report with image | October 5, 2009 |
| 7 | 256 MB camera card | October 5, 2009 |
| 8 | Camera card images | October 5, 2009 |
| 9 | Birth Certificate of A.M. | October 5, 2009 |
| 10 | Photo of A.M. | October 5, 2009 |
| 11 | Photo of A.M. | October 5, 2009 |
| 12 | Photo of A.M. | October 5, 2009 |
| 13 | Photo of A.M. | October 5, 2009 |
| 14 | Photo of A.M. | October 5, 2009 |

| | | |
|---|---|---|
| 15 | Photo of A.M. | October 5, 2009 |
| 18 | 10-02-08 Letter | October 5, 2009 |
| 19 | 12-31-08 Letter | October 5, 2009 |
| 20 | 01-12-09 Letter | October 5, 2009 |
| 22 | 04-20-09 Letter | October 5, 2009 |
| 23 | 05-21-09 Letter | October 5, 2009 |
| 26 | Advice of Rights Form | October 6, 2009 |
| 27a, b, c | Photos of Defendant w/Canon camera | October 6, 2009 |
| 28 | Images shown to Defendant during interview | October 6, 2009 |
| 29 | Images discussed with Defendant during interview | October 6, 2009 |
| 30 | Image 428 | October 6, 2009 |
| 31 | Image 3375 | October 6, 2009 |
| 32 | Canon EOS digital Rebel Camera | October 5, 2009 |