IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. SA-08-CR-301-XR |
| ) | |
| STEVEN LYNN MOUTON, ) | |
| ) | |
| Defendant. ) | |

## PETITION - STATEMENT OF INTEREST

NOTICE OF PETITION

Comes now CITIMORTGAGE, INC. ("CMI") and hereby makes the following Petition-Statement of Interest in the above entitled and numbered cause and would respectfully show as follows:

1. That CMI is the legal lien holder in the amount of $343,917.31 as of February 23, 2010, and interest continues to accrue at a rate of $54.49 per day, on the real property at issue in the above cause to wit:

> Real property located and situated at 18 Crystal Circle, Boerne, Kendall County, Texas, including any and all buildings, appurtenances and improvements thereon and any and all surface rights, title and interests, if any, more fully described as Lot 21, Ammann Ranch Estates, Kendall County, Texas, according to plat thereof recorded in Volume 4, page 393-395, Kendall County Plat Records. **RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY FOR ALL OF THE AFOREMENTIONED REAL PROPERTY: Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded instruments, other than liens and conveyances, that affect the property.**

2. That the aforesaid property was seized by law enforcement agents.

3. That CMI demands the right to defend against the seizure in an appropriate U.S. District Court.

4. That CMI has duly authorized its attorney, R. Kemp Kasling, KASLING, HEMPHILL, DOLEZAL & ATWELL, L.L.P., 700 Lavaca Street, Suite 1000, Austin, Texas, 78701; Texas State Bar No. 11104800; phone number: 512-472-6814; fax: 512-472-6823, to make and prosecute this Petition.

    Respectfully submitted,

    KASLING, HEMPHILL, DOLEZAL & ATWELL, L.L.P.
    700 Lavaca Street, Suite 1000
    Austin, Texas 78701
    Phone: 512-472-6800
    Fax: 512-472-6823

    By: _____
    R. Kemp Kasling
    State Bar No. 11104800

## VERIFICATION

STATE OF __Missouri__        §
COUNTY OF __St. Charles County__  §

On this day, personally appeared __Susan A Wood__, who appeared before me, the undersigned Notary Public, and after I administered an oath to him/her, upon his/her oath, he/she said he/she read the foregoing Petition- Statement of Interest, and the facts in it are within his/her personal knowledge and are true and correct,

SWORN AND SUBSCRIBED TO before me by __L. Russelburg__, on this the __2__ day of __March__, 2010.

__/s/ Susan A Wood__
Authorized Representative of CitiMortgage, Inc.
Susan A. Wood
Asst. Vice President

```
L. RUSSELBURG
Notary Public - Notary Seal
State of Missouri, St. Charles County
Commission #08533504
My Commission Expires 04/14/ 2012
```

__/s/ L Russelburg__
NOTARY PUBLIC in and for
The State of __Missouri__

My Commission Expires:

_____

3

## CERTIFICATE OF SERVICE

I hereby certify that on the \_\_2nd\_\_ day of ~~February~~ March, 2010, a true and correct copy of the above and foregoing pleading was served upon the following counsel of record in the above entitled and numbered cause via \_\_✓\_\_ certified mail, return receipt requested, \_\_\_\_\_ hand delivery, \_\_\_\_\_ telecopy, or \_\_\_\_\_ email.

Ms. Mary Nelda Valdez
Assistant United States Attorney
United States Attorneys Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Phone: (210) 384-7040

_R. Kpli_
R. Kemp Kasling

4